Scott A. Harford (SH 2300)
**HARFORD, P.C.**
299 Broadway, Suite 1310
New York, New York  10007
(212) 390-8983 (Telephone)
(646) 895-6475 (Facsimile)
scott.harford@harford-law.com
www.harford-law.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

J.A. and D.B.,                                                    :
                                                                  :     Civ. No.: 5:24-cv-00180 (FJS/DJS)
                          Plaintiffs,                             :
                                                                  :
          -against-                                               :     **PLAINTIFFS' NOTICE OF**
                                                                  :     **VOLUNTARY DISMISSAL**
COOPERSURGICAL, INC.,                                             :
                                                                  :
                          Defendant.                              :
-----------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily

dismissed, without prejudice, as to the Defendant.

  Dated:  March 25, 2024                    Respectfully submitted,

                                               **HARFORD, P.C.**

                                                _/s/ Scott A. Harford_
                                               Harford, P.C.
                                               299 Broadway Suite1310
                                               New York, NY 10007
                                               Tel.     212-390-8983
                                               Email: scott.harford@harford-law.com

                                               *Attorneys for Plaintiffs*

 IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

 Date:  March 26, 2024

1